

**FILED**

NOV 25 2024 VJD

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
BENJAMIN GROOTEN, AND CLAUDIU GAGU
Plaintiffs,**

**v.**

**ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security;
UR MENDOZA JADDOU, Director of the U.S. Citizenship and Immigration Services;
MARTHA MEDINA-MALTES Director of the USCIS Chicago Field Office;
MORRIS PASQUAL U.S. Attorney for the Northern District of Illinois, and
MERRICK B. GARLAND, Attorney General of the United States,
Defendants.
Case No. _____**

**COMPLAINT FOR WRIT OF MANDAMUS AND RELIEF UNDER THE ADMINISTRATIVE
PROCEDURE ACT**

1:24-cv-12130
Judge Manish S. Shah
Judge Heather K. McShain
RANDOM/CAT. 3

## INTRODUCTION

1.     This is a civil action seeking a writ of mandamus to compel the U.S. Citizenship and Immigration Services (USCIS) to adjudicate Claudiu Gagu's application for adjustment of status (Form I-485), which has been unreasonably delayed for more than three years since filing.

2.     Plaintiffs allege that the delay is unreasonable and violates the Administrative Procedure Act (APA), 5 U.S.C. §§ 555(b) and 706(1), and is causing undue hardship, emotional distress, and financial burdens on the Plaintiffs.

## JURISDICTION AND VENUE

3.     This Court has jurisdiction under 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1361 (mandamus jurisdiction).

4.     Venue is proper under 28 U.S.C. § 1391(e) because Plaintiffs reside in Chicago, Illinois, and the events giving rise to this claim occurred within the jurisdiction of this Court.

## PARTIES

5.     **Plaintiff Benjamin Grooten** is a U.S. citizen residing in Chicago, Illinois.

6.     **Plaintiff Claudiu Gagu** is the beneficiary of an I-485 adjustment of status application filed with USCIS. He resides with Plaintiff Benjamin Grooten in Chicago, Illinois.

7.     **Defendant Alejandro Mayorkas** is the Secretary of the Department of Homeland Security (DHS) and is responsible for overseeing USCIS.

8.     **Defendant Ur Mendoza Jaddou** is the Director of USCIS, the agency responsible for adjudicating immigration benefits.

9.     **Defendant Martha Medina-Maltes** oversees the USCIS office where Plaintiffs' application is pending.

10. **Defendant Morris Pasqual** is the Acting U.S. Attorney for the Northern District of Illinois.

11. **Defendant Merrick B. Garland** is the Attorney General of the United States and oversees the enforcement of federal laws.

## FACTUAL BACKGROUND

12. Plaintiffs were married on February 4, 2021 and filed Form I-485 and related applications on November 5, 2021.

13. USCIS issued a receipt notice on November 6, 2021 but has failed to adjudicate the application within a reasonable timeframe.

14. Plaintiffs have made multiple inquiries about the status of the application, including service requests and congressional inquiries, but have received no meaningful response.

15. The delay has caused significant emotional and financial hardship, as Plaintiffs are unable to plan their future without resolution of the pending application.

16. According to USCIS's own guidelines, adjustment of status applications should generally be adjudicated within 12-24 months.

## LEGAL CLAIMS
### Count I – Violation of the Administrative Procedure Act
17. Plaintiffs reallege and incorporate by reference all preceding paragraphs.

18. Under 5 U.S.C. § 555(b), agencies must conclude matters presented to them within a reasonable time.

19. USCIS's delay of more than three years in adjudicating the I-485 application is unreasonable and violates 5 U.S.C. § 706(1).

### Count II – Mandamus Relief
20. Plaintiffs reallege and incorporate by reference all preceding paragraphs.

21. Plaintiffs have a clear right to the adjudication of their application, USCIS has a clear duty to act, and there is no other adequate remedy available.

## RELIEF REQUESTED
WHEREFORE, Plaintiffs respectfully request that this Court:

1. Issue a writ of mandamus compelling Defendants to promptly adjudicate Plaintiff Claudiu Gagu's Form I-485 application.

2. Award reasonable costs and attorney's fees (if applicable) under the Equal Access to Justice Act, 28 U.S.C. § 2412.

3. Grant such other relief as the Court deems just and proper.

**Respectfully submitted,**

Benjamin Grooten
1629 W Balmoral Ave
Chicago, IL 60640
415-463-0460
benjamin.grooten@gmail.com
**Date:** Nov 25, 2024

# MARRIAGE LICENSE

TO ANY PERSON LEGALLY AUTHORIZED TO SOLEMNIZE A MARRIAGE

## GREETINGS

A MARRIAGE MAY BE CELEBRATED IN THE COUNTY OF COOK, AND STATE OF ILLINOIS, BETWEEN

**BENJAMIN LUKE GROOTEN**

OF __CHICAGO__                 IN THE COUNTY OF

COOK          AND THE STATE OF __ILLINOIS__          OF THE AGE OF __30__ YEARS, AND

**CLAUDIU D GAGU**

OF __CHICAGO__                 IN THE COUNTY OF

COOK          AND THE STATE OF __ILLINOIS__          OF THE AGE OF __40__ YEARS.

_WITNESS_   **KAREN A. YARBROUGH,**   COUNTY CLERK

OF THE COUNTY OF COOK, AND THE SEAL THEREOF.

AT MY OFFICE THIS    4TH    DAY OF

__FEBRUARY__    **2021**

_Karen A. Yarbrough_

**COUNTY CLERK**

---

**STATE OF ILLINOIS**
**COUNTY OF COOK** } S.S. I, __E. Kenneth Wright Jr.__   A __JUDGE__

PRINT name of person officiating                    PRINT official title

_HEREBY CERTIFY THAT_ __Benjamin Luke Grooten__ AND __Claudiu Gagu__
PRINT name of GROOM                              PRINT name of GROOM

WERE UNITED BY ME AT __CHICAGO__
PRINT address and municipality

THE STATE OF ILLINOIS, ON THE __FEB 0 4__ DAY OF _____ __2021__
PRINT month                      PRINT year

ADDRESS __COOK COUNTY BUILDING__
__118 N. CLARK ST. CONCOURSE__
PRINT officiant's address

THE NAMES ON THIS CERTIFICATE
MUST BE IDENTICAL WITH THE
TYPED NAMES IN THE ABOVE SECTION

**EXPIRES ON  MONDAY, APRIL 5, 2021**

PLEASE USE BLACK INK ONLY AND TYPE OR PRINT LEGIBLY, EXCEPT FOR OFFICIANT'S SIGNATURE

---

**THIS MARRIAGE LICENSE IS EFFECTIVE 1 DAY AFTER ISSUANCE**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | November 06, 2021 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-765, Application for Employment Authorization | | |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| IOE0914122471 | November 05, 2021 | 1 of 1 |
| | | **DATE OF BIRTH** |
| | | December 13, 1980 |

CLAUDIU D. GAGU
C/O LAURA B. KLOSOWSKI IMMIGRATION ATTORNEYS LLP
300 W ADAMS ST STE 500
CHICAGO, IL 60606

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $0.00 |
| Total Amount Received: | $0.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

---

### Eligibility Category: C09

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, this Notice of Action automatically extends the validity of your Employment Authorization Document (EAD) for up to 180 days from the expiration date printed on the front of the card and can be used for employment eligibility verification (Form I-9) purposes **if**:
- You have timely filed to renew your current Form I-766, Employment Authorization Document (EAD);
- Your EAD renewal is under a category that is eligible for an automatic 180-day extension (see uscis.gov/i-765 for a list of categories);
- The category on your current EAD matches the "Class Requested" listed on this notice (if you are a TPS beneficiary or applicant, your EAD and this notice must contain either the A12 or C19 category, but they do not need to match each other); **and**
- You do not receive your renewal EAD before your current EAD expires.

If we deny your renewal application, the automatic extension immediately ends and cannot be used for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole.

If we have approved or are still processing your underlying Form I-140 and your Form I-485 has been pending for at least 180 days, you may request to change employers under INA 204(j). For more information on this process, please visit uscis.gov/i-485supj.

---

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| USCIS | (800)375-5283 |
| National Benefits Center | ATTORNEY COPY |
| P.O. Box 648003 | |
| Lee's Summit, MO 64002 | |





---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.　　　　Form I-797C 04/01/19

**IMMIGRATION** ATTORNEYS, LLP

300 W. Adams Street
Suite 500
Chicago, IL 60606

PH: 312.661.9100
FX: 312.661.9021
WWW.IMMATTYLLP.COM

FROM THE DESK OF:
Laura B. Klosowski
312.661.9100 x8983
lklosowski@immattyllp.com

April 7, 2022

*Via UPS*

USCIS
**Attn: Adjustment of Status**
850 NW Chipman Road
Lee's Summit, MO 64063

      **Re:**  **Response to Request for Evidence**
              **Applicant:**  **GAGU, Claudiu (A231538782)**
              **Form:**     **I-485, Application to Adjust Status**
              **Receipt No.: IOE0914122469**

Dear Sir or Madam:

      Please be advised that our office continues to represent the above-named applicant, Mr. Claudiu Gagu ("Mr. Gagu"), in his immigration matters before the U.S. Citizenship and Immigration Services (USCIS). Our Form G-28, Notice of Entry of Appearance as Attorney, is on file with your office and a copy enclosed for your reference.

      The purpose of this correspondence is to respond to the Request for Evidence (RFE) issued by your office on March 24, 2022, requesting evidence of Mr. Gagu's lawful admission to the U.S. A copy of the RFE accompanies this response. In timely response, we hereby submit the following:

- U.S. Customs and Border Protection ("CBP") entry information for Mr. Gagu, obtained via a Freedom of Information Act ("FOIA") request, evidencing that Mr. Gagu was lawfully inspected and admitted on a visa at Chicago O'Hare Airport (ORD) on May 5, 1999.

      We trust that the submission of the above document in response to your Request for Evidence is satisfactory. However, should you require additional information, please contact the undersigned.

                              Sincerely,

                              Laura B. Klosowski
                              IMMIGRATION ATTORNEYS, LLP

*LK/mer: Enclosures*
*Our File No. 821411919B*
*cc: Stephen Berman*
    *Benjamin Grooten*
    *Claudiu Gagu*

March 24, 2022

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship and Immigration Services**



IOE0914122469



A231-538-782

LAURA B KLOSOWSKI
IMMIGRATION ATTONEYS LLP
300 W ADAMS ST, STE. 500
CHICAGO, IL 60606

RE: CLAUDIU DAN GAGU
I-485, Application to Register Permanent Residence or Adjust Status

## REQUEST FOR EVIDENCE (FORM I-485)

Dear CLAUDIU GAGU:

### Why We Are Writing You

On November 5, 2021, you submitted your Form I-485. We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

### What You Need To Do

You must provide the following information in order for us to make a final decision on your case. **Please include a copy of ALL pages of this letter with your response.**

- **Submit one of the following:**

1. Evidence of your lawful admission or parole into the United States. Such evidence includes, but is not limited to, Form I-94, Arrival/Departure Record, Form I-512 with completed arrival stamp, or a copy of the nonimmigrant visa page of your passport showing admission to the United States.

OR

2. Evidence that you were granted Parole-in-Place as a spouse, child or parent of someone who is serving on active duty in the U.S. Armed Forces, in the Selected Reserve of the Ready Reserve or who previously served in the U.S. Armed Forces or Selected Reserve of the Ready Reserve.

OR

3. If you last entered the United States without inspection but you seek to adjust your status under section 245(i) of the Immigration and Nationality Act (INA), submit the following:

- A completed and signed Supplement A
- $1,000 penalty fee, if applicable
- Evidence of eligibility for 245(i) adjustment. Such evidence may include, but is not limited to:
  - A copy of Form I-797, Notice of Action, showing you were the beneficiary (or derivative beneficiary) of an immigrant petition properly filed on or before April 30, 2001. Evidence includes I-130, I-140, I-360 or I-526 ;
  - A copy of a Department of Labor Form ETA-750, Application for Alien Employment Certification, which was properly filed with the U.S. Department of Labor on or before April 30, 2001;
  - A copy of the acknowledgement letter from the local labor office or state workforce agency where your (or the principal beneficiary's) labor certification was originally filed on before April 30, 2001. Any such letter must be issued by the agency, indicate the alien worker's name and provide the date the application was properly filed. Mere proof that a filing was mailed to the agency, such as a postal receipt, is not enough;
  - If you are a derivative beneficiary, providing documents that you were the spouse or child of the principal beneficiary at the time the eligible immigrant visa petition (or labor certification) was submitted.

When submitting the $1,000 surcharge fee, you must submit the fee with the Supplement A and a copy of your I-485 receipt notice to:

USCIS
PO Box 805887
Chicago, IL 60680-4120

The $1,000 penalty fee must be paid with each application submitted under the provisions of Section 245(i) of the Act.

Failure to submit a Supplement A or a copy of the Supplement A along with the penalty fee will result in your payment being rejected. This may result in a denial of your application(s).

You do not need to pay the $1,000 fee if at the time of filing you are:

- Under 17 years of age; or
- The spouse or child (unmarried and under 21 years of age) of a legalized alien, and have a copy of a USCIS receipt or approval notice for a properly filed Form I-817, Application for Family Unity Benefits.

NOTE: You will NOT be refunded the $1,000 penalty fee, if you are not 245(i) eligible.

## When You Need To Do It

You must submit the requested information by June 19, 2022. You must either mail the requested information to the address shown below or scan and upload your response using your USCIS online account (if applicable).

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate, and that he or she is competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request.

**Please include a copy of ALL pages of this letter with your response.**

Submit your response with requested document(s), information, etc. to this address:

| Regular Mail | Express Mail or Courier Deliveries |
|---|---|
| **U.S. Department of Homeland Security** | **USCIS, Attention: Adjustment of Status** |
| PO Box 648004 | 850 NW Chipman Rd |
| Lee's Summit, MO 64002 | Lee's Summit, MO 64063 |

**Please do not forget to include a copy of ALL pages of this letter with your response.**

Sincerely,

*Robinson*

Terri A. Robinson
Director
Officer: LA-1660



## Notice of Entry of Appearance
## as Attorney or Accredited Representative

Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

**Part 1. Information About Attorney or Accredited Representative**

**1.** USCIS Online Account Number (if any)

▶ | N | / | A | | | | | | | |

**Name of Attorney or Accredited Representative**

**2.a.** Family Name (Last Name) Klosowski

**2.b.** Given Name (First Name) Laura

**2.c.** Middle Name B.

**Address of Attorney or Accredited Representative**

**3.a.** Street Number and Name 300 W Adams St

**3.b.** ☐ Apt. ☒ Ste. ☐ Flr. 500

**3.c.** City or Town Chicago

**3.d.** State IL **3.e.** ZIP Code 60606

**3.f.** Province N/A

**3.g.** Postal Code N/A

**3.h.** Country
United States

**Contact Information of Attorney or Accredited Representative**

**4.** Daytime Telephone Number
312.661.9100

**5.** Mobile Telephone Number (if any)
N/A

**6.** Email Address (if any)
lklosowski@immattyllp.com

**7.** Fax Number (if any)
312.661.9021

**Part 2. Eligibility Information for Attorney or Accredited Representative**

Select all applicable items.

**1.a.** ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

Licensing Authority
State of Illinois

**1.b.** Bar Number (if applicable)
6294390

**1.c.** I (select **only one box**) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)
Immigration Attorneys, LLP

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization
N/A

**2.c.** Date of Accreditation (mm/dd/yyyy)
N/A

**3.** ☐ I am associated with
N/A
the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate
N/A

## Part 1. Information About Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** [X] U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

I-130A, I-485, I-765, I-131

**2.a.** [ ] U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

N/A

**3.a.** [ ] U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

N/A

**4.** Receipt Number (if any)

▶ N / A

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

[X] Applicant  [ ] Petitioner  [ ] Requestor
[ ] Beneficiary/Derivative  [ ] Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)  Gagu

**6.b.** Given Name (First Name)  Claudiu

**6.c.** Middle Name  Dan

**7.a.** Name of Entity (if applicable)

N/A

**7.b.** Title of Authorized Signatory for Entity (if applicable)

N/A

**8.** Client's USCIS Online Account Number (if any)

▶ N / A

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A- N / A

## Client's Contact Information

**10.** Daytime Telephone Number

312.730.7587

**11.** Mobile Telephone Number (if any)

N/A

**12.** Email Address (if any)

claudiugagu@yahoo.com

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name  1629 W Balmoral

**13.b.** [X] Apt.  [ ] Ste.  [ ] Flr.  1

**13.c.** City or Town  Chicago

**13.d.** State  IL  **13.e.** ZIP Code  60640

**13.f.** Province  N/A

**13.g.** Postal Code  N/A

**13.h.** Country

United States

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.



USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** ☒ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

**Signature of Client or Authorized Signatory for an Entity**

**2.a.** Signature of Client or Authorized Signatory for an Entity

➡ [signature]

**2.b.** Date of Signature (mm/dd/yyyy)   10-21-21

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.** Signature of Attorney or Accredited Representative

[signature]

**1.b.** Date of Signature (mm/dd/yyyy)   10/21/21

**2.a.** Signature of Law Student or Law Graduate

N/A

**2.b.** Date of Signature (mm/dd/yyyy)   N/A

**Part 6. Additional Information**

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name)  Gagu

**1.b.** Given Name (First Name)  Claudiu

**1.c.** Middle Name  Dan

**2.a.** Page Number  N/A

**2.b.** Part Number  N/A

**2.c.** Item Number  N/A

**2.d.** N/A

**3.a.** Page Number  N/A

**3.b.** Part Number  N/A

**3.c.** Item Number  N/A

**3.d.** N/A

**4.a.** Page Number  N/A

**4.b.** Part Number  N/A

**4.c.** Item Number  N/A

**4.d.** N/A

**5.a.** Page Number  N/A

**5.b.** Part Number  N/A

**5.c.** Item Number  N/A

**5.d.** N/A

**6.a.** Page Number  N/A

**6.b.** Part Number  N/A

**6.c.** Item Number  N/A

**6.d.** N/A

| Last Name | First Name | Middle Name | Action Port | Encounter Date | Date Of Birth | Document Number | Document Type | Direction |
|---|---|---|---|---|---|---|---|---|
| GACU | CLAUDIU | | ORD | 5/5/1999 | 12/13/1980 | 000623894 | VISA | Inbound |

854 AM6/4/2021

8:54 AM 6/4/2021

| Last Name | First Name | Middle Name | Arrival Port | Encounter Date | Date Of Birth | Document Number | Document Type | Direction |
|-----------|-----------|-------------|--------------|----------------|---------------|-----------------|---------------|-----------|
| GAGU | CLAUDIU | | ORD | 5/5/1999 | 12/11/1980 | 000623504 | VISA | Inbound |

Laura B Klosowski

Immigration Attorneys, LLP

300 West Adams Street
Suite 500
Chicago, IL, 60606

06/04/2021

CBP-2021-053903

Dear Laura B Klosowski,

This is a final response to your Freedom of Information Act (FOIA) request to U.S. Customs and Border Protection (CBP) for entry-exit and/or I-94 records.

CBP is granting your request under the FOIA, Title 5 U.S.C. §552. After carefully reviewing the responsive documents, CBP has determined that they are approved for release in their entirety, no deletions or exemptions have been applied.

**If you have a FOIAonline account, you MUST log into your account to retrieve your responsive records.** After logging in, click on "View My FOIA Requests". Requests that have new, unread correspondence have a mail icon next to the tracking number.

This completes the CBP response to your request.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact CBP's FOIA Public Liaison, Charlyse Hoskins, by sending an email via your FOIAonline account, mailing a letter to 90 K St, NE MS 1181, Washington DC, 20229 or by calling 202-325-0150. The FOIA Public Liaison is able to assist in advising on the requirements for submitting a request, assist with narrowing the scope of a request, assist in reducing delays by advising the requester on the type of records to request, suggesting agency offices that may have responsive records and receive questions or concerns about the agency's FOIA process. Please notate file number CBP-2021-053903 on any future correspondence to CBP related to this request.

Sincerely,

U.S. Customs and Border Protection

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | November 06, 2021 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-131, Application for Travel Document | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0914122472 | November 05, 2021 | 1 of 1 |
| | | DATE OF BIRTH |
| | | December 13, 1980 |

CLAUDIU D. GAGU
C/O LAURA B. KLOSOWSKI IMMIGRATION ATTORNEYS LLP
300 W ADAMS ST STE 500
CHICAGO, IL 60606

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $0.00 |
| Total Amount Received: | $0.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| USCIS Office Address: | USCIS Contact Center Number: |
|---|---|
| USCIS | (800)375-5283 |
| National Benefits Center | **ATTORNEY COPY** |
| P.O. Box 648003 |  |
| Lee's Summit, MO 64002 | |



---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.  Form I-797C 04/01/19



An official website of the United States government    Here's how you know ⌄    Español (https://www.uscis.gov/es)

**U.S. Citizenship and Immigration Services**
(https://www.uscis.gov/)

MENU

# Thank you for submission of your service request.

# USCIS will review the request.    T—130

Your service request ID Number is SR13522304859CHI.

Return to Main Inquiry Page (/e-request/Intro.do) View all USCIS Self Service Online Tools
(http://www.uscis.gov/tools)

Return to top

**Topics
(https://www.uscis.gov/topics)**

**Forms
(https://www.uscis.gov/forms)**

**Newsroom
(https://www.uscis.gov/news**

**Citizenship
(https://www.uscis.gov/citizenship)**

**Green Card
(https://www.uscis.gov/green-card)**

**Laws
(https://www.uscis.gov/laws-and-policy)**

**Tools
(https://www.uscis.gov/tools)**



**U.S. Citizenship and Immigration Services**

(https://www.facebook.com/uscis)

# Contact USCIS (https://www.uscis.gov/about-us/contact-us)

12/18/23, 3:03 PM                e-Request - Request Submission Confirmation

An official website of the United States government    Here's how you know ⌄        Español (https://www.uscis.gov/es)



U.S. Citizenship
and Immigration
Services

MENU

(https://www.uscis.gov/)

# Thank you for submission of your service request.

## USCIS will review the request.    *I-485*

Your service request ID Number is SR13522304811CHI.

Return to Main Inquiry Page (/e-request/Intro.do) View all USCIS Self Service Online Tools
(http://www.uscis.gov/tools)

Return to top

**Topics
(https://www.uscis.gov/topics)**

**Forms
(https://www.uscis.gov/forms)**

**Newsroom
(https://www.uscis.gov/news**

**Citizenship
(https://www.uscis.gov/citizenship)**

**Green Card
(https://www.uscis.gov/green-
card)**

**Laws
(https://www.uscis.gov/laws-
and-policy)**

**Tools
(https://www.uscis.gov/tools)**



U.S. Citizenship
and Immigration
Services

(https://(https://(https://(https://(https://(https://www.facebook.com/uscis)

## Contact USCIS
## (https://www.uscis.gov/about-
## us/contact-us)

**IMMIGRATION** ATTORNEYS, LLP

300 W. Adams Street
Suite 500
Chicago, IL 60606

PH: 312.661.9100
FX: 312.661.9021
WWW.IMMATTYLLP.COM

FROM THE DESK OF:
Laura B. Klosowski
312.661.9100 x8983
lklosowski@immattyllp.com

May 20, 2024

***Uploaded Via USCIS Account***
U.S. Citizenship and Immigration Services

Re: **Case Status Inquiry for long pending I-130, Petition for Alien Relative, and I-485, Application to Register Permanent Residence or Adjust Status**

| | |
|---|---|
| **Petitioner:** | **Benjamin Grooten (USC)** |
| **Beneficiary:** | **Claudiu Gagu (A 231-538-782)** |
| **I-130 Receipt No.:** | **IOE0914122470** |
| **I-485 Receipt No.:** | **IOE0914122469** |

Dear Sir or Madam:

Please be advised that our office continues to represent the above-named Petitioner Benjamin Grooten ("Benjamin") and the applicant, Mr. Claudiu Gagu ("Mr. Gagu"), in furtherance of their immigration matters before the U.S. Citizenship and Immigration Services (USCIS). Our Forms G-28, Notice of Entry of Appearance as Attorney, are on file with your office.

I am writing to again inquire as to the status of this matter. Benjamin's I-130 petition and Claudiu's concurrently filed I-485 application were received by USCIS on **November 5, 2021**. USCIS issued a Request for Evidence (RFE) on March 24, 2022, in connection with Claudiu's I-485 application, which was timely responded to on April 7, 2022.

As of the date of this letter, there has been no further notice issued or action taken in this case. We have submitted service requests on December 18, 2023 and March 5, 2024. However, the case remains pending, as it has **for over two and a half (2.5) years**.

If nothing further is needed from either individual, we kindly request that you adjudicate Benjamin's I-130 petition and Claudiu's I-485 application. If our office does not receive any response within 30 days of the date of this letter, we will have no choice but to pursue mandamus action to compel your office to act on the petition and application. We are hopeful that this matter can be promptly resolved without the need for litigation.

Sincerely,

Laura B. Klosowski
IMMIGRATION ATTORNEYS, LLP

LK: Enclosures
*Our File No. 821411919B*
Cc: Benjamin Grooten
    Claudiu Gagu

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | November 06, 2021 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0914122469 | November 05, 2021 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| November 05, 2021 | Immediate Relative of U.S. citizen | December 13, 1980 |

**PAYMENT INFORMATION:**

CLAUDIU D. GAGU
C/O LAURA B. KLOSOWSKI IMMIGRATION ATTORNEYS LLP
300 W ADAMS ST STE 500
CHICAGO, IL 60606

| | |
|---|---|
| Application/Petition Fee: | $1,140.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| USCIS Office Address: | USCIS Contact Center Number: |
|---|---|
| USCIS | (800)375-5283 |
| National Benefits Center | ATTORNEY COPY |
| P.O. Box 648003 |  |
| Lee's Summit, MO 64002 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.      Form I-797C  04/01/19

**IMMIGRATION** ATTORNEYS, LLP

300 W. Adams Street
Suite 500
Chicago, IL 60606

PH: 312.661.9100
FX: 312.661.9021
WWW.IMMATTYLLP.COM

FROM THE DESK OF:
Laura B. Klosowski
312.661.9100 x8983
lklosowski@immattyllp.com

April 7, 2022

_**Via UPS**_

USCIS
**Attn: Adjustment of Status**
850 NW Chipman Road
Lee's Summit, MO 64063

> Re:  **Response to Request for Evidence**
> **Applicant:**  **GAGU, Claudiu (A231538782)**
> **Form:**  **I-485, Application to Adjust Status**
> **Receipt No.:** IOE0914122469

Dear Sir or Madam:

Please be advised that our office continues to represent the above-named applicant, Mr. Claudiu Gagu ("Mr. Gagu"), in his immigration matters before the U.S. Citizenship and Immigration Services (USCIS). Our Form G-28, Notice of Entry of Appearance as Attorney, is on file with your office and a copy enclosed for your reference.

The purpose of this correspondence is to respond to the Request for Evidence (RFE) issued by your office on March 24, 2022, requesting evidence of Mr. Gagu's lawful admission to the U.S. A copy of the RFE accompanies this response. In timely response, we hereby submit the following:

- U.S. Customs and Border Protection ("CBP") entry information for Mr. Gagu, obtained via a Freedom of Information Act ("FOIA") request, evidencing that Mr. Gagu was lawfully inspected and admitted on a visa at Chicago O'Hare Airport (ORD) on May 5, 1999.

We trust that the submission of the above document in response to your Request for Evidence is satisfactory. However, should you require additional information, please contact the undersigned.

Sincerely,

Laura B. Klosowski
IMMIGRATION ATTORNEYS, LLP

LK/mer: Enclosures
Our File No. 821411919B
cc: Stephen Berman
    Benjamin Grooten
    Claudiu Gagu

March 24, 2022

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship
and Immigration
Services**



IOE0914122469

LAURA B KLOSOWSKI
IMMIGRATION ATTONEYS LLP
300 W ADAMS ST, STE. 500
CHICAGO, IL 60606



A231-538-782

RE: CLAUDIU DAN GAGU
I-485, Application to Register Permanent Residence or Adjust Status

## REQUEST FOR EVIDENCE (FORM I-485)

Dear CLAUDIU GAGU:

### Why We Are Writing You

On November 5, 2021, you submitted your Form I-485. We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

### What You Need To Do

You must provide the following information in order for us to make a final decision on your case. **Please include a copy of ALL pages of this letter with your response.**

- **Submit one of the following:**

1. Evidence of your lawful admission or parole into the United States. Such evidence includes, but is not limited to, Form I-94, Arrival/Departure Record, Form I-512 with completed arrival stamp, or a copy of the nonimmigrant visa page of your passport showing admission to the United States.

OR

2. Evidence that you were granted Parole-in-Place as a spouse, child or parent of someone who is serving on active duty in the U.S. Armed Forces, in the Selected Reserve of the Ready Reserve or who previously served in the U.S. Armed Forces or Selected Reserve of the Ready Reserve.

OR

3. If you last entered the United States without inspection but you seek to adjust your status under section 245(i) of the Immigration and Nationality Act (INA), submit the following:

- A completed and signed Supplement A
- $1,000 penalty fee, if applicable
- Evidence of eligibility for 245(i) adjustment. Such evidence may include, but is not limited to:
  - A copy of Form I-797, Notice of Action, showing you were the beneficiary (or derivative beneficiary) of an immigrant petition properly filed on or before April 30, 2001. Evidence includes I-130, I-140, I-360 or I-526 ;
  - A copy of a Department of Labor Form ETA-750, Application for Alien Employment Certification, which was properly filed with the U.S. Department of Labor on or before April 30, 2001;
  - A copy of the acknowledgement letter from the local labor office or state workforce agency where your (or the principal beneficiary's) labor certification was originally filed on before April 30, 2001. Any such letter must be issued by the agency, indicate the alien worker's name and provide the date the application was properly filed. Mere proof that a filing was mailed to the agency, such as a postal receipt, is not enough;
  - If you are a derivative beneficiary, providing documents that you were the spouse or child of the principal beneficiary at the time the eligible immigrant visa petition (or labor certification) was submitted.

When submitting the $1,000 surcharge fee, you must submit the fee with the Supplement A and a copy of your I-485 receipt notice to:

> USCIS
> PO Box 805887
> Chicago, IL 60680-4120

The $1,000 penalty fee must be paid with each application submitted under the provisions of Section 245(i) of the Act.

Failure to submit a Supplement A or a copy of the Supplement A along with the penalty fee will result in your payment being rejected. This may result in a denial of your application(s).

You do not need to pay the $1,000 fee if at the time of filing you are:

- Under 17 years of age; or
- The spouse or child (unmarried and under 21 years of age) of a legalized alien, and have a copy of a USCIS receipt or approval notice for a properly filed Form I-817, Application for Family Unity Benefits.

NOTE: You will NOT be refunded the $1,000 penalty fee, if you are not 245(i) eligible.

## When You Need To Do It

You must submit the requested information by June 19, 2022. You must either mail the requested information to the address shown below or scan and upload your response using your USCIS online account (if applicable).

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate, and that he or she is competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request.

**Please include a copy of ALL pages of this letter with your response.**

Submit your response with requested document(s), information, etc. to this address:

| Regular Mail | Express Mail or Courier Deliveries |
|---|---|
| **U.S. Department of Homeland Security** | **USCIS, Attention: Adjustment of Status** |
| PO Box 648004 | 850 NW Chipman Rd |
| Lee's Summit, MO 64002 | Lee's Summit, MO 64063 |

**Please do not forget to include a copy of ALL pages of this letter with your response.**

Sincerely,

*Robinson*

Terri A. Robinson
Director
Officer: LA-1660



## Notice of Entry of Appearance
## as Attorney or Accredited Representative
### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

**Part 1. Information About Attorney or Accredited Representative**

**1.** USCIS Online Account Number (if any)

▶ | N | / | A | | | | | | | | | |

**Name of Attorney or Accredited Representative**

**2.a.** Family Name (Last Name) | Klosowski
**2.b.** Given Name (First Name) | Laura
**2.c.** Middle Name | B.

**Address of Attorney or Accredited Representative**

**3.a.** Street Number and Name | 300 W Adams St
**3.b.** ☐ Apt. ☒ Ste. ☐ Flr. | 500
**3.c.** City or Town | Chicago
**3.d.** State | IL | **3.e.** ZIP Code | 60606
**3.f.** Province | N/A
**3.g.** Postal Code | N/A
**3.h.** Country
United States

**Contact Information of Attorney or Accredited Representative**

**4.** Daytime Telephone Number
312.661.9100

**5.** Mobile Telephone Number (if any)
N/A

**6.** Email Address (if any)
lklosowski@immattyllp.com

**7.** Fax Number (if any)
312.661.9021

**Part 2. Eligibility Information for Attorney or Accredited Representative**

Select all applicable items.

**1.a.** ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

Licensing Authority

State of Illinois

**1.b.** Bar Number (if applicable)

6294390

**1.c.** I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)

Immigration Attorneys, LLP

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization

N/A

**2.c.** Date of Accreditation (mm/dd/yyyy)

N/A

**3.** ☐ I am associated with

N/A ,

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate

N/A

**Part 1. Information About Attorney or Accredited Representative**

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** [X] U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

I-130A, I-485, I-765, I-131

**2.a.** [ ] U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

N/A

**3.a.** [ ] U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

N/A

**4.** Receipt Number (if any)

▶ N / A

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

[X] Applicant [ ] Petitioner [ ] Requestor
[ ] Beneficiary/Derivative [ ] Respondent (ICE, CBP)

**Part 2. Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)**

**6.a.** Family Name (Last Name)  Gagu

**6.b.** Given Name (First Name)  Claudiu

**6.c.** Middle Name  Dan

**7.a.** Name of Entity (if applicable)

N/A

**7.b.** Title of Authorized Signatory for Entity (if applicable)

N/A

**8.** Client's USCIS Online Account Number (if any)

▶ N / A

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A- N / A

**Part 3. Client's Contact Information**

**10.** Daytime Telephone Number

312.730.7587

**11.** Mobile Telephone Number (if any)

N/A

**12.** Email Address (if any)

claudiugagu@yahoo.com

**Mailing Address of Client**

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name  1629 W Balmoral

**13.b.** [X] Apt. [ ] Ste. [ ] Flr.  1

**13.c.** City or Town  Chicago

**13.d.** State  IL  **13.e.** ZIP Code  60640

**13.f.** Province  N/A

**13.g.** Postal Code  N/A

**13.h.** Country

United States

**Part 4. Client's Consent to Representation and Signature**

**Consent to Representation and Release of Information**

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

**Signature**

**Options Regarding Receipt of Notices and Secure Documents**

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** [X] I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** [ ] I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** [ ] I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

**Signature of Client or Authorized Signatory for an Entity**

**2.a.** Signature of Client or Authorized Signatory for an Entity



**2.b.** Date of Signature (mm/dd/yyyy) | 10 - 21 - 21 |

**Attorney or Accredited Representative's Signature and Certification/Declaration Requirements**

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.** Signature of Attorney or Accredited Representative

**1.b.** Date of Signature (mm/dd/yyyy) | 10/21/21 |

**2.a.** Signature of Law Student or Law Graduate | N/A |

**2.b.** Date of Signature (mm/dd/yyyy) | N/A |

**Parts: Additional Information**

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number, Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name) | Gagu

**1.b.** Given Name (First Name) | Claudiu

**1.c.** Middle Name | Dan

**2.a.** Page Number | N/A
**2.b.** Part Number | N/A
**2.c.** Item Number | N/A

**2.d.** N/A

**3.a.** Page Number | N/A
**3.b.** Part Number | N/A
**3.c.** Item Number | N/A

**3.d.** N/A

**4.a.** Page Number | N/A
**4.b.** Part Number | N/A
**4.c.** Item Number | N/A

**4.d.** N/A

**5.a.** Page Number | N/A
**5.b.** Part Number | N/A
**5.c.** Item Number | N/A

**5.d.** N/A

**6.a.** Page Number | N/A
**6.b.** Part Number | N/A
**6.c.** Item Number | N/A

**6.d.** N/A

8:54 AM 6/4/2021



| Last Name | First Name | Middle Name | Arrival Port | Encounter Date | Date Of Birth | Document Number | Document Type | Direction |
|---|---|---|---|---|---|---|---|---|
| GAGU | CLAUDIU | . | ORD | 5/5/1999 | 12/13/1980 | 000625894 | VISA | Inbound |

8:54 AM6/4/2021

| Last Name | First Name | Middle Name | Arrival Port | Encounter Date | Date Of Birth | Document Number | Document Type | Direction |
|-----------|-----------|-------------|--------------|----------------|---------------|-----------------|---------------|-----------|
| OAGU | CLAUDIU | | ORD | 5/5/1999 | 12/11/1980 | 000625804 | VISA | Inbound |

Laura B Klosowski

Immigration Attorneys, LLP

300 West Adams Street
Suite 500
Chicago, IL, 60606

06/04/2021

CBP-2021-053903

Dear Laura B Klosowski,

This is a final response to your Freedom of Information Act (FOIA) request to U.S. Customs and Border Protection (CBP) for entry-exit and/or I-94 records.

CBP is granting your request under the FOIA, Title 5 U.S.C. §552. After carefully reviewing the responsive documents, CBP has determined that they are approved for release in their entirety, no deletions or exemptions have been applied.

**If you have a FOIAonline account, you MUST log into your account to retrieve your responsive records.** After logging in, click on "View My FOIA Requests". Requests that have new, unread correspondence have a mail icon next to the tracking number.

This completes the CBP response to your request.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact CBP's FOIA Public Liaison, Charlyse Hoskins, by sending an email via your FOIAonline account, mailing a letter to 90 K St, NE MS 1181, Washington DC, 20229 or by calling 202-325-0150. The FOIA Public Liaison is able to assist in advising on the requirements for submitting a request, assist with narrowing the scope of a request, assist in reducing delays by advising the requester on the type of records to request, suggesting agency offices that may have responsive records and receive questions or concerns about the agency's FOIA process. Please notate file number CBP-2021-053903 on any future correspondence to CBP related to this request.

Sincerely,

U.S. Customs and Border Protection

 An official website of the United States government    Here's how you know ⌄

Español (https://www.uscis.gov/es)

MENU

U.S. Citizenship
and Immigration
Services
(https://www.uscis.gov/)

# Thank you for submission of your service request.

## USCIS will review the request.

Your service request ID Number is SR10652403357CHI.    *I-130*

Return to Main Inquiry Page (/e-request/Intro.do) View all USCIS Self Service Online Tools
(http://www.uscis.gov/tools)

Return to top

**Topics
(https://www.uscis.gov/topics)**

**Forms
(https://www.uscis.gov/forms)**

**Newsroom
(https://www.uscis.gov/news**

**Citizenship
(https://www.uscis.gov/citizenship)**

**Green Card
(https://www.uscis.gov/green-
card)**

**Laws
(https://www.uscis.gov/laws-
and-policy)**

**Tools
(https://www.uscis.gov/tools)**

 U.S. Citizenship
and Immigration
Services

(https://...)

## Contact USCIS
(https://www.uscis.gov/about-
us/contact-us)

3/5/24, 12:27 PM                    e-Request - Request Submission Confirmation



An official website of the United States government    Here's how you know ⌄              Español (https://www.uscis.gov/es)

U.S. Citizenship
and Immigration
Services

(https://www.uscis.gov/)

MENU

# Thank you for submission of your service request.

## USCIS will review the request.

Your service request ID Number is SR10652403428CHI.          I-485

Return to Main Inquiry Page (/e-request/Intro.do) View all USCIS Self Service Online Tools
(http://www.uscis.gov/tools)

Return to top

**Topics**
(https://www.uscis.gov/topics)

**Forms**
(https://www.uscis.gov/forms)

**Newsroom**
(https://www.uscis.gov/news

**Citizenship**
(https://www.uscis.gov/citizenship)

**Green Card**
(https://www.uscis.gov/green-card)

**Laws**
(https://www.uscis.gov/laws-and-policy)

**Tools**
(https://www.uscis.gov/tools)



U.S. Citizenship
and Immigration
Services

(https://...)

**Contact USCIS
(https://www.uscis.gov/about-us/contact-us)**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | November 06, 2021 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-130, Petition for Alien Relative | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0914122470 | November 05, 2021 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| November 05, 2021 | 201 B INA SPOUSE OF USC | August 14, 1990 |

BENJAMIN L. GROOTEN
C/O LAURA B. KLOSOWSKI IMMIGRATION ATTORNEYS LLP
300 W ADAMS ST STE 500
CHICAGO, IL 60606

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $535.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

‖ᵢ‖ᵢ‖ᵢ‖ᵢ‖ᵢ‖ᵢ‖ᵢ‖ᵢ‖ᵢ‖ᵢ‖ᵢ‖ᵢ‖ᵢ‖ᵢ‖ᵢ‖ᵢ‖

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| GAGU, CLAUDIU | 12/13/1980 | ROMANIA | |

If this notice contains a priority date, this priority date does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| USCIS Office Address: | USCIS Contact Center Number: |
|---|---|
| USCIS | (800)375-5283 |
| National Benefits Center | ATTORNEY COPY |
| P.O. Box 648003 |  |
| Lee's Summit, MO 64002 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 04/01/19

 Gmail             **Ben Grooten <benjamin.grooten@gmail.com>**

## Fwd: 118-36129601 Rep. Jan Schakowsky - RE: Claudiu Dan Gagu, I-485 - Application to Register Permanent Residence or Adjust Status IOE0914122469

1 message

**Claudiu** <claudiugagu@yahoo.com>          Tue, Nov 12, 2024 at 6:36 PM
To: Ben Grooten <benjamin.grooten@gmail.com>

Claudiu Gagu
(312) 730-7587

Begin forwarded message:

> **From:** "Castano, Paola" <Paola.Castano@mail.house.gov>
> **Date:** November 12, 2024 at 1:19:42 PM CST
> **To:** claudiugagu@yahoo.com
> **Subject: FW: 118-36129601 Rep. Jan Schakowsky - RE: Claudiu Dan Gagu, I-485 - Application to Register Permanent Residence or Adjust Status IOE0914122469**
>
> Hi again, unfortunately, we received the same response as before. We just got the response from them below. According to the response, your cases are still under mandatory reviews and unfortunately, because these reviews are essential to processing the case, they cannot be expedited. But you will be informed when there is any further action. Unfortunately, there is nothing else for us to check on at this time, but we can reach out again after 180 days of this response.
>
> Sincerely,
>
> Paola Castaño
>
> Constituent Advocate
>
> Office of Congresswoman Schakowsky
>
> paola.castano@mail.house.gov
>
> **From:** STARS Congressional
> **Sent:** Thursday, November 7, 2024 2:16 PM
> **To:** Castano, Paola <Paola.Castano@mail.house.gov>
> **Subject:** 118-36129601 Rep. Jan Schakowsky - RE: Claudiu Dan Gagu, I-485 - Application to Register Permanent Residence or Adjust Status IOE0914122469

The Honorable Jan Schakowsky

U.S. Representative

Attn: Paola Castano

November 7, 2024

Claudiu Dan Gagu

Dear Congresswoman Schakowsky:

This is in response to your inquiry relating to your constituent, Claudiu Dan Gagu. Our records indicate that the applications are  currently under further review with an officer at the Chicago Field Office.  All evidence submitted in support of the petition for the immigration benefit being sought is being examined.

Cases may require additional review for a variety of reasons. It is difficult to predict with accuracy when this review will be completed. While the processing steps for most petitions are completed quickly, a small percentage of cases involve unresolved issues that may result in adjudication delays. As soon as a decision or notice of action is made, your constituent will be sent a notice.

We hope this information is helpful. If we may be of further assistance, please let us know.

Sincerely,

Congressional Liaison

Chicago Field Office

USCIS

101 West Ida B. Wells Drive

 **Gmail**

**Ben Grooten <benjamin.grooten@gmail.com>**

---

## Fwd: Congressional Inquiry [IMMATTYLLP-worksite.FID2801547]
1 message

---

**Claudiu** <claudiugagu@yahoo.com>            Thu, Apr 11, 2024 at 3:21 PM
To: Ben Grooten <benjamin.grooten@gmail.com>

---

Sent from my iPhone

Begin forwarded message:

> **From:** Claudiu <claudiugagu@yahoo.com>
> **Date:** April 11, 2024 at 3:18:15 PM CDT
> **To:** Aaron Kuhl <axmxkx@mac.com>
> **Subject: Fwd: Congressional Inquiry [IMMATTYLLP-worksite.FID2801547]**
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Laura Klosowski <lklosowski@immattyllp.com>
>> **Date:** April 11, 2024 at 3:00:12 PM CDT
>> **To:** Claudiu <claudiugagu@yahoo.com>
>> **Cc:** Ramona Proca <rproca@immattyllp.com>
>> **Subject: Congressional Inquiry [IMMATTYLLP-worksite.FID2801547]**
>>
>>
>> Hi Claudiu,
>>
>> Per our phone conversation, we suggest seeking congressional assistance with your case, given you're your case has been pending well beyond the posted processing times and USCIS has not adequately responded to our inquiries.
>>
>> You can find your local representative here: https://www.house.gov/representatives/find-your-representative. Once you locate your representative, he/she should have an option on his/her website to "get help with a local agency". There is typically a short form that you need to complete and sign (Ben would sign as USC petitioner) and send back to them. The form usually requests your biographic information as well as information about your case. I have attached the receipt notices which contain the receipt numbers and date of filing. I130 (IOE0914122470); I485 (IOE0914122469) filed 11/5/2021. They may also ask about actions that you have taken to follow up. I have attached the E-requests submitted as well as their response (email below).
>>
>> Please make sure to retain a copy of what you submit to the representative and forward a copy to us.
>>
>> Please let Ramona or me know if you have any other questions.
>>
>> Best wishes,

LAURA B. KLOSOWSKI
*Attorney*


## IMMIGRATION ATTORNEYS, LLP

| 300 W. Adams Street | PH: 312.661.9100 |
|---|---|
| Suite 500 | x8983 |
| Chicago, IL 60606 | www.immattyllp.com |


**From:** Ramona Proca <rproca@immattyllp.com>
**Sent:** Thursday, March 7, 2024 11:18 AM
**To:** Claudiu <claudiugagu@yahoo.com>
**Cc:** Laura Klosowski <lklosowski@immattyllp.com>
**Subject:** RE: Your recent inquiry (receipt #IOE-09-141-22469) [IMMATTYLLP-worksite. FID2801547]


Please find USCIS response below regarding our case status inquiry.


RAMONA PROCA
*Paralegal*


## IMMIGRATION ATTORNEYS, LLP

| 300 W. Adams Street | PH: 312.661.9100 |
|---|---|
| Suite 500 | x8950 |
| Chicago, IL 60606 | www.immattyllp.com |

11/25/24, 10:37 AM
Case: 1:24-cv-12130 Document #c 1-1 Filed: 11/25/24 Page 40 of 45 PageID #:40
Gmail - Fwd: Your recent inquiry (receipt #IOE-09-141-22469)

**From:** Laura Klosowski <lklosowski@immattyllp.com>
**Sent:** Thursday, March 7, 2024 7:32 AM
**To:** Ramona Proca <rproca@immattyllp.com>
**Subject:** Fwd: Your recent inquiry (receipt #IOE-09-141-22469)



Laura B. Klosowski
*Attorney*


**Immigration Attorneys, llp**

| | |
|---|---|
| 300 W. Adams Street | PH: 312.661.9100 |
| Suite 500 | x8983 |
| Chicago, IL 60606 | www.immattyllp.com |


Begin forwarded message:

> **From:** USCIS <USCIS-CaseStatus@dhs.gov>
> **Date:** March 7, 2024 at 7:14:06AM CST
> **To:** Laura Klosowski <lklosowski@immattyllp.com>
> **Subject: Your recent inquiry (receipt #IOE-09-141-22469)**
>
> WARNING: This email is from an external contact. Please proceed with caution.
>
> U.S. Department of Homeland Security
> USCIS
> 101 W. Ida B. Wells Drive
> Chicago, IL 60605
>
> U.S. Citizenship and Immigration Services
> Thursday, March 7, 2024
>
> Emailed to LKLOSOWSKI@IMMATTYLLP.COM
>
> Dear CLAUDIU GAGU:
>
> On 03/05/2024, you or the designated representative shown below, contacted
> us about your case. Some of the key information given to us at that time was the
> following:
>
> Person who contacted us:
> -- KLOSOWSKI, LAURA
>
> Caller indicated they are:
> -- Attorney or Authorized Representative

Attorney Name:
-- KLOSOWSKI, LAURA

Case type:
-- I485

Filing date:
-- 11/05/2021

Receipt #:
-- IOE-09-141-22469

Referral ID:
SR10652403428CHI
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- Information not available

Type of service requested:
-- Outside Normal Processing Times


The status of this service request is:

Thank you for contacting USCIS concerning the above-referenced application. Below is a summary of what we have found.

We are experiencing a high volume of applications. Your case is awaiting review. You do not need to do anything at this time. If we need any information from you, we will mail you a request for evidence at your current address on file with USCIS. When we make a decision on your case, we will mail a notice to you or your representative at the address you gave us.

Please note that processing times are estimates and are not a guarantee that applications will be processed within a specific timeframe. Individual processing times vary. Once further action is taken, notice will be sent to the address of record. It is important that you carefully follow the instructions outlined on any future notice that you might receive.

We assure you that we are working to complete the adjudication of your application as quickly as available resources allow. If you have not received notice of further action within 90 days of this response, please feel free to submit a new request to the USCIS Contact Center for additional assistance.

If your receipt number begins with IOE, please consider activating your USCIS online account at myaccount.uscis.gov. You can use your account to get your current case status and to access every notice we send you. You can also send messages and receive answers through a secure inbox.

Address Changes:  If you move, please provide us with an updated address. For more information about address changes, please visit our website at uscis.gov/addresschange, and click on "How to Change Your Address." To ensure that all mail is delivered as addressed, please also ensure that you are registered with the U.S. Postal Service (USPS) to receive mail at the address of record you have provided to USCIS.

For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma.  If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter. The USCIS website also provides detailed information about policies and procedures, and you can download and e-file forms from the website.

This e-mail and any attachments thereto, is intended only for use by the named addressee(s) and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you received this e-mail in error please immediately notify the sender at Immigration Attorneys, LLP by sending a reply e-mail or by phoning the sender at 312.661.9100 and permanently delete the original copy and any copy of any e-mail, and any printout thereof. Thank you

---

**3 attachments**

**I130 (IOE0914122470).PDF**
45K

**E-request- second (I-130_I-485).PDF**
84K

**I-130_I-485- erequest- USCIS.PDF**
82K

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

**Case Title:** Benjamin Grooten et al. v    **Case Number:** _____

An appearance is hereby filed by the undersigned as a pro se litigant:

**Name:** Benjamin Grooten

**Street Address:** 1629 W Balmoral Ave

**City/State/Zip:** Chicago IL 60640

**Phone Number:** 415-463-0460

_____          11/25/2024
Signature                          Executed on (date)

---

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[✓] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

benjamin.grooten@gmail.com

**E-Mail Address (Please PRINT legibly.)**

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**Benjamin Grooten**
1629 W Balmoral Ave
Chicago, IL 60640
415-463-0460
benjamin.grooten@gmail.com
**Monday, Nov 25, 2024**

Clerk of the Court
United States District Court
Northern District of Illinois
Dirksen Federal Building
219 S. Dearborn Street
Chicago, IL 60604

**Re: Filing of Pro Se Complaint and Associated Documents**
**Case Title:** Benjamin Grooten and Claudiu Gagu v. Alejandro Mayorkas, et al.

Dear Clerk of the Court,
I am submitting the following documents for filing in the United States District Court for the Northern
District of Illinois:

1.   **Complaint for Writ of Mandamus and Relief Under the Administrative
Procedure Act.**

2.   **Civil Cover Sheet (Form JS 44).**

3.   **Summonses** for the named defendants:

- Alejandro Mayorkas, Secretary of the Department of Homeland Security.

- Ur Mendoza Jaddou, Director of U.S. Citizenship and Immigration Services.

- Martha Medina-Maltes, Director of the USCIS Chicago Field Office.

- Merrick B. Garland, Attorney General of the United States.

- Morris Pasqual, Acting U.S. Attorney for the Northern District of Illinois.

4.   **Appearance Form for Pro Se Litigants**

5.   **Marriage License, supporting documents and correspondence**

I respectfully request that the court issue the summonses for each defendant and return them to
me for service.

Please let me know if any additional information or corrections are needed for processing. I can
be reached at the phone number or email address listed above.

Thank you for your time and assistance.

Sincerely,

Benjamin Grooten